UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

| | | |
|---|---|---|
| League of Women Voters of South Dakota, League of Women Voters of the United States, Susan Randall, and Kathryn Fahey, | : | 4:22-cv-04085-RAL |
| Plaintiffs, | : | |
| v. | : | |
| South Dakota Governor Kristi L. Noem, in her official capacity, South Dakota Attorney General Mark Vargo, in his official capacity, and South Dakota Secretary of State Steve Barnett, in his official capacity, | : | **STIPULATION TO DISMISS** |
| Defendants. | : | |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that this case is dismissed as moot and without an award of costs or fees to any party.

Dated this 26th day of January, 2023.

HEIDEPRIEM, PURTELL, SIEGEL & HINRICHS LLP

By_____
Pete Heidepriem
Scott N. Heidepriem
Heidepriem, Purtell, Siegel & Hinrichs LLP
101 W. 69th Street, Suite 105
Sioux Falls, SD 57108
Fax: 605-679-4379
pete@hpslawfirm.com
scott@hpslawfirm.com

Case Number: 22-04085
Stipulation to Dismiss

        Michael Dockterman
        Cara Lawson
        Azar Alexander
        Steptoe & Johnson LLP
        227 West Monroe St., Ste. 4700
        Chicago, IL 60606
        Phone:  312-577-1256
        mdockterman@steptoe.com
        clawson@steptoe.com
        aalexander@steptoe.com

        Celina Stewart
        Caren E. Short
        League of Women Voters of the U.S.
        1233 20th Street NW, Suite 500
        Washington, D.C. 20036
        Phone:  202-429-1965
        cstewart@lwv.org
        Cshort@lwv.org

        *Attorneys for Plaintiffs*

Case Number: 22-04085
Stipulation to Dismiss

Dated this 26th day of January, 2023.

        WOODS, FULLER, SHULTZ & SMITH, P.C.

By _____
James E. Moore
Justin G. Smith
Jacquelyn A. Bouwman
P.O. Box 5027
300 South Phillips Avenue, Suite 300
Sioux Falls, SD 57117-5027
Phone (605) 336-3890
Fax (605) 339-3357
James.Moore@woodsfuller.com
Justin.Smith@woodsfuller.com
Jacquelyn.Bouwman@woodsfuller.com

Clifton E. Katz
Assistant Attorney General
Office of the Attorney General
1302 East Highway 14, Suite 1
Pierre, SD 57501
Phone (605) 773-3215
Clifton.Katz@state.sd.us

*Attorneys for Defendants*