UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF SOUTH DAKOTA, LEAGUE OF WOMEN VOTERS OF THE UNITED STATES, SUSAN RANDALL, KATHRYN FAHEY,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI L. NOEM, SOUTH DAKOTA GOVERNOR, IN HER OFFICIAL CAPACITY; STEVE BARNETT, SECRETARY OF STATE, IN HIS OFFICIAL CAPACITY; AND MARK VARGO, SOUTH DAKOTA ATTORNEY GENERAL, IN HIS OFFICIAL CAPACITY;<br><br>Defendants. | 4:22-CV-04085-RAL<br><br>JUDGMENT OF DISMISSAL |

On January 26, 2023, the parties filed a Stipulation for Dismissal, Doc. 33. Based on the request of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits, with prejudice and without taxation of costs, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED this 27th day of January, 2023.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE